Herlihy, P. J., Reynolds, Aulisi, Greenblott and Sweeney, JJ., concur.

(January 19, 1971)

■ In the Matter of the Claim of WILLIAM STONE, Respondent, v. ALCO PRODUCTS, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEAL BUTTS, Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Facility, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ In the Matter of JOHN M. KEANE, as Surrogate of Broome County, Petitioner.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.